IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY DAVIS,

    Plaintiff,

v.

ICER OF CAMPBELLTON, LLC,

    Defendant

Civil Action File No:

## NOTICE OF REMOVAL

COMES NOW ICER of Campbellton, LLC, Defendant in the above-styled action, and petitions for removal of the action herein from the State Court of DeKalb County to the United States District Court for the Northern District of Georgia, Atlanta Division and respectfully shows the Court the following:

1.

Plaintiff Anthony Davis ("Plaintiff") filed a civil action in the State Court of DeKalb County, State of Georgia, styled *Anthony Davis v. R. James Properties, Inc. and ICER of Campbellton, LLC,* Civil Action File No. 24A08890. Attached as Exhibit "A" are copies of all pleadings that have been filed with the State Court of DeKalb County to date. Defendant will answer or present other objections or defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

Defendant is also filing the attached Notice of Filing of the Notice of Removal with the State Court of DeKalb County as required by 28 U.S.C. § 1446(d). (Attached as Exhibit "B").

2.

Venue in the state court action (DeKalb County) was based on Plaintiff's mistaken belief about the location of the subject incident. (Exhibit "A", Plaintiff's Amended Complaint, ¶ 6). Taking Plaintiff's factual allegations as true, the alleged incident occurred in Fulton County, and Defendant's registered agent is in Gwinnett County. (Exhibit "A", Plaintiff's Amended Complaint, ¶¶ 5, 11). The counties of DeKalb, Fulton, and Gwinnett are all located within the jurisdiction of the Northern District of Georgia, Atlanta Division.

3.

Defendant removes this case as this Court has diversity jurisdiction over this action under 28 U.S.C. § 1332, which requires (a) complete diversity of citizenship between the parties and (b) an amount in controversy exceeding $75,000.

4.

Defendant ICER of Campbellton, LLC was served with a copy of Plaintiff's Complaint on July 26, 2024. This petition is timely filed within the thirty (30) day period as required by 28 U.S.C. § 1446(b).

5.

Upon information and belief, Plaintiff is a citizen of the state of Georgia. (Exhibit "A", Plaintiff's Amended Complaint, ¶¶ 16, 18).

6.

Defendant ICER of Campbellton LLC is a limited liability company organized under the laws of the state of Delaware with a principal place of business in New York, New York.  No member of Defendant ICER of Campbellton LLC is organized under the laws of the state of Georgia, nor is any member's principal place of business in Georgia.

7.

The parties are citizens of different states.  Accordingly, there is complete diversity of citizenship between the parties.

8.

The amount in controversy is also sufficient under 28 U.S.C. § 1332 (a). Plaintiff's Complaint asserts past medical expenses of $24,873.46, as well as unknown future medical expenses, past and future lost wages, general damages for pain and suffering, and an award of attorneys' fees and costs for bad faith and stubborn litigiousness.  (Exhibit "A", Plaintiff's Complaint, generally and at ¶ 26).

9.

To determine whether the jurisdictional threshold of $75,000 is met, the court must assume that plaintiff will "prevail" on all claims, and then assess whether "an award below the jurisdictional amount would be outside the range of permissible awards because the case is clearly worth more than [$75,000.00]." *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1096 (11th Cir. 1994); *see also St. Paul Indemnity Co. v. Cab Co.*, 303 U.S. 283, 288 (1937). "It must appear to a **legal certainty** that the claim is really for less than the jurisdictional amount to justify dismissal." *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938) (emphasis added); 14A Wright, Miller & Cooper, *Federal Practice and Procedure*, Sec. 3702 at 19. (Emphasis added); *Locklear v. State Farm Mut. Auto. Ins. Co.*, 742 F. Supp. 679 (S.D.Ga.1989)

10.

Assuming Plaintiff was to prevail on the claims set forth in the Complaint, which Defendant denies, the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00. (*See* Exhibit "C", Poole Declaration).

11.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendant are citizens of

different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

12.

WHEREFORE, Defendant prays that this Notice of Removal and petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of DeKalb County.

The undersigned has read this Notice of Removal, and to the best of her knowledge, information, and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

This 26th day of August 2024.

**DREW ECKL & FARNHAM, LLP**

*s/ Cameron J. Poole*
Barbara A. Marschalk
**State Bar of Georgia No. 324498**
Cameron J. Poole
**State Bar of Georgia No. 713569**

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: marschalkb@deflaw.com
E: poolec@deflaw.com
**Attorneys for Defendant ICER of Campbellton, LLC**

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant ICER of Campbellton, LLC hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

This 26th day of August 2024.

                                              **DREW ECKL & FARNHAM, LLP**

                                              *s/ Cameron J. Poole*
                                              Barbara A. Marschalk
                                              ***State Bar of Georgia No. 324498***
                                              Cameron J. Poole
                                              ***State Bar of Georgia No. 713569***

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: marschalkb@deflaw.com
E: poolec@deflaw.com
***Attorneys for Defendant ICER of Campbellton, LLC***

14624991v1
07449-284975

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTHONY DAVIS,<br><br>    Plaintiff,<br>v.<br><br>ICER OF CAMPBELLTON, LLC,<br><br>    Defendant. | Civil Action File No: |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record:

    David Thomas Dorer, Esq.
    Dozier Law Firm, LLC
    487 Cherry Street
    Post Office Box 13
    Macon, Georgia 31201-0013
    dorerlawteam@dozierlaw.com

[signature on following page]

This 26th day of August 2024.

          **DREW ECKL & FARNHAM, LLP**

          *s/ Cameron J. Poole*
          Barbara A. Marschalk
          *State Bar of Georgia No. 324498*
          Cameron J. Poole
          *State Bar of Georgia No. 713569*

303 Peachtree St., NE, Suite 3500
Atlanta, Georgia 30308
T: (404) 885-1400
E: marschalkb@deflaw.com
E: poolec@deflaw.com
*Attorneys for Defendant ICER of Campbellton, LLC*

14624991v1
07449-284975