# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ANTHONY DAVIS<br><br>　Plaintiff,<br><br>VS.<br><br>**R. JAMES PROPERTIES, INC.** and **ICER OF CAMPBELLTON, LLC**<br><br>　Defendant(s). | CIVIL ACTION NO.:<br><br>24A08890 |

## AMENDED COMPLAINT

COMES NOW Anthony Davis, by and through undersigned counsel of record, and files this Complaint for Damages and respectfully shows this Honorable Court as follows:

## VENUE AND JURISDICTION

1.

R. James Properties, Inc. is a Domestic for-profit Corporation who's registered agent resides in Fulton County, Georgia. As such, R. James Properties, Inc. is subject to the venue of Fulton County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(1).

STATE COURT OF
DEKALB COUNTY, GA.
7/25/2024 5:03 PM
E-FILED
BY: Kelly M Johnson

2.

The occurrence which gives rise to this Complaint for Damages occurred in Dekalb County Georgia. As such, R. James Properties, Inc. is subject to the venue of Dekalb County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(3).

3.

R. James Properties, Inc. is subject to the jurisdiction of this Court. See: O.C.G.A. § 9-10-91(2); International Shoe Co. v. Washington, 326 U.S. 310 (1945).

4.

Venue is proper as to R. James Properties, Inc.

5.

ICER of Campbellton, LLC is a foreign for-profit company who's registered agent resides in Gwinnett County, Georgia. As such, ICER of Campbellton, LLC is subject to the venue of Gwinnett County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(1).

6.

The occurrence which gives rise to this Complaint for Damages occurred in Dekalb County Georgia. As such, ICER of Campbellton, LLC is subject to the venue of Dekalb County, Georgia pursuant to O.C.G.A. § 14-2-510(b)(3).

7.

ICER of Campbellton, LLC is subject to the jurisdiction of this Court. See: O.C.G.A. § 9-10-91(2); <u>International Shoe Co. v. Washington</u>, 326 U.S. 310 (1945).

8.

Venue is proper as to ICER of Campbellton, LLC.

## GENERAL FACTS COMMON TO ALL COUNTS

9.

Plaintiff hereby incorporates all previous paragraphs of this complaint.

## THE PREMISES

10.

That on or about July 19, 2022 R. James Properties, Inc. owned a residential property located at 2909 Campbellton Road SW, Apt 34L, Atlanta, Georgia 30311 (hereinafter, "premises").

11.

In the alternative, on or about July 19, 2022 ICER of Campbellton, LLC owned a residential property located at 2909 Campbellton Road SW, Apt 34L, Atlanta, Georgia 30311 (hereinafter, "premises").

12.

In the alternative, the event Paragraph 7 is the actual facts, R. James Properties, Inc. is ICER of Campbellton, LLC's successor in right, and any obligations of ICER of Campbellton, LLC are absorbed by virtue of assignment to a successor or assign.

13.

At all times relevant to this complaint for damages, John Does Nos. 1-10 were agents and/or employees of all of the defendants.

14.

At all times relevant to this complaint for damages, John Does Nos. 1-10 were agents and/or employees of all of the defendants.

15.

At all times relevant to this complaint for damages, the aforementioned premises was rented to Anthony Davis.

16.

On or about July 19, 2022 R. James Properties, Inc. was Anthony Davis's landlord and Anthony Davis was R. James Properties, Inc.'s tenant.

17.

On or about July 19, 2022 Anthony Davis was an invitee on the premises owned and operated by R. James Properties, Inc.

18.

On or about July 19, 2022 ICER of Campbellton, LLC was Anthony Davis's landlord and Anthony Davis was ICER of Campbellton, LLC's tenant.

19.

On or about July 19, 2022 Anthony Davis was an invitee on the premises owned and operated by ICER of Campbellton, LLC.

## CONDITIONS LEADING TO INJURY

20.

While on the premises, Anthony Davis slipped and fell on water leaking from the roof.

21.

At all times relevant to this Complaint for Damages, there were no signs and/or warnings to put plaintiff on notice of a potentially dangerous hazard.

22.

At all times relevant to this Complaint for Damages, John Doe Nos. 1-10 knew or should have known of the risk of a potentially dangerous hazard on the premises owned by R. James Properties, Inc.

## INJURIES AND DAMAGES

23.

The aforementioned circumstances pled in this complaint resulted in serious injuries to Plaintiff's body.

24.

As a proximate and foreseeable result of the aforementioned injuries, the Plaintiff has incurred medical expenses in excess of $24,873.46 and lost wages in excess of $1.00.

25.

As a proximate and foreseeable result of the aforementioned circumstances, the Plaintiff, in addition to the damages pled in this complaint for damages, has and will suffer pain and suffering, aggravation and inconvenience, loss of capacity to work, loss of enjoyment of life, and/or other categories of general damages that logically flow from the Defendant(s) negligent conduct. Plaintiff is entitled to compensation for these general damages in an amount to be determined by a fair and impartial jury.

26.

In accordance with O.C.G.A. § 9-11-9 (g), Plaintiff states that the special damages incurred because of the negligence of the Defendants are itemized as follows:

**SPECIAL DAMAGES**

**MEDICAL EXPENSES:**
| | |
|---|---|
| Georgia Injury and Spine Center of West Atlanta | $5,380.00 |
| Elite Radiology of Georgia | $1,950.00 |
| Regional Medical Group | $17,543.46 |
| **TOTAL DAMAGES:** | **$24,873.46** |

Anthony Davis v. R. James Properties
Dekalb County State Court CAN: 24A00890
Amended Complaint

Page 7 of 12

## COUNT I: PREMISES LIABILITY AS TO R. JAMES PROPERTIES, INC.

27.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

28.

R. James Properties, Inc. has and had a duty to keep the subject property in good repair. O.C.G.A. § 44-7-14.

29.

R. James Properties, Inc. breached the aforementioned duty on July 19, 2022 by failing to use ordinary care in preventing hazardous conditions which could result in an injury.

30.

R. James Properties, Inc.'s breach of duty actually and proximately caused the injuries pled by Plaintiff in this Complaint for Damages.

31.

As a reasonable and foreseeable result of R. James Properties, Inc.'s breach of duty, Plaintiff has incurred damages as pled in this Complaint for Damages.

32.

Plaintiff has a cause of action against defendant R. James Properties, Inc. for negligence arising from its premises liability.

33.

Plaintiff is entitled to recover from R. James Properties, Inc. for Plaintiff's past and future medical expenses, past and future lost wages, and past and future pain and suffering.

## **COUNT II: PREMISES LIABILITY AS TO ICER OF CAMPBELLTON, LLC**

34.

Plaintiff hereby incorporates all previous paragraphs of this Complaint for Damages.

35.

R. James Properties, Inc. has and had a duty to keep the subject property in good repair. O.C.G.A. § 44-7-14.

36.

ICER of Campbellton, LLC breached the aforementioned duty on July 19, 2022 by failing to use ordinary care in preventing hazardous conditions which could result in an injury.

37.

ICER of Campbellton, LLC's breach of duty actually and proximately caused the injuries pled by Plaintiff in this Complaint for Damages.

38.

As a reasonable and foreseeable result of ICER of Campbellton, LLC's breach of duty, Plaintiff has incurred damages as pled in this Complaint for Damages.

39.

Plaintiff has a cause of action against defendant ICER of Campbellton, LLC for negligence arising from its premises liability.

40.

Plaintiff is entitled to recover from ICER of Campbellton, LLC for Plaintiff's past and future medical expenses, past and future lost wages, and past and future pain and suffering.

**WHEREFORE,** the Plaintiff prays that:

a. Summons be issued as to the Defendant(s);
b. that the Defendant(s) be called to answer this Complaint for Damages;
c. that a trial be held on all issues so triable;
d. that a Judgment be entered against the Defendant for all the Plaintiff's specific damages including past and future medical expenses and past and future lost wages, if applicable;
e. that said Judgment include an award of attorneys' fees and costs for the Defendant(s)' bad faith, stubborn litigiousness, and causing the Plaintiff

unnecessary time and expense pursuant to O.C.G.A. § 13-6-11; see: <u>Bo Phillips Co. v. R.L. King Properties, LLC</u>, 336 Ga. App. 705 (2016);

f. that said Judgment include a sum to compensate the Plaintiff for general damages in an amount to be determined by the enlightened conscience of a fair and impartial jury; and,

g. such further relief as this Court determines is adequate and just.

Executed today, July 25, 2024.

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Anthony Davis

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com

STATE COURT OF
DEKALB COUNTY, GA.
7/25/2024 5:03 PM
E-FILED
BY: Kelly Johnson

# CERTIFICATE OF SERVICE

I hereby certify that I have served all parties to this litigation with a copy of the foregoing document in a manner and method consistent with O.C.G.A. § 9-11-5. The parties or persons so served are:

Gracy M. Barksdale
gracy@lawyer.com

Executed today, July 25, 2024.

**DOZIER LAW FIRM, LLC**

David Thomas Dorer
Georgia Bar No.: 934408
Attorney for Anthony Davis

DOZIER LAW FIRM, LLC
487 Cherry Street
Post Office Box 13
Macon, Georgia, 31201-0013
(p): 478-742-8441
(f): 478-745-0997
(e): dorerlawteam@dozierlaw.com