IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTHONY DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>R. JAMES PROPERTIES, INC. and ICER OF CAMPBELLTON, LLC,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-3794-MHC |

## ORDER

On August 27, 2024, this Court ordered Defendants R. James Properties, Inc. and ICER of Campbellton, LLC ("ICER") to show cause why this case should not be remanded to the State Court of DeKalb County, Georgia, for lack of subject matter jurisdiction. Aug. 27, 2024, Order [Doc. 5] at 1. The Court noted that it was not facially apparent from the Amended Complaint [Doc. 3] that the amount in controversy exceeded the jurisdictional minimum. Id. at 3. The Court further noted that ICER failed to sufficiently allege diversity of citizenship. Id. at 5.

In its response to the Show Cause Order, ICER represents that it is unable to demonstrate that the parties are completely diverse and consents to this Court

remanding this case to the State Court of DeKalb County. Def.'s Notice of Consent for Remand to State Court [Doc. 8].

Accordingly, it is hereby **ORDERED** that this action be **REMANDED** to the State Court of DeKalb County, Georgia, pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS SO ORDERED** this 11th day of September, 2024.

_____
MARK H. COHEN
United States District Judge