

# Details - Case # 24A00890 - Envelope # 16043164

## Envelope

Envelope ID
16043164

Submitted date
09/11/2024 12:09 PM

Submitted by
Ciarra Oduka

Username
Ciarra_Oduka@gand.uscourts.gov

## Case Information

Court Location
Dekalb County - State Court - Division 6

Case Type
Tort-Premise Liability

Case Category
Civil

Judge
Martinez, Ana Maria

## Parties

| Party Type | Party Name | Lead Attorney |
| --- | --- | --- |
| Defendant | ICER of Campbellton, LLC | Gracy M Barksdale |
| Plaintiff | Anthony Davis | David T Dorer |

## Filings

Filing Code
Notice

Filing Type
eFile Only

Support  from United States District Court, Northern GA

Client Ref #
1-24-cv-03794-MHC

## Service Contacts

| Party Type | Party Name | Service Contacts |
|---|---|---|
| Defendant | ICER of Campbellton, LLC | 👤 0 |
| Plaintiff | Anthony Davis | 👤 0 |
| Other Service Contacts | | 👤 0 |

## Fees

Payment account
Clerk, U.S. District Court, Northern Georgia
Party responsible for envelope fees
ICER of Campbellton, LLC
Filing attorney
Kevin P Weimer
Order ID
Transaction Response
Transaction Amount
$0.00
Transaction ID

**Total**    $0.00
**Waiver Selected**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY DAVIS,

    Plaintiff,

v.

R. JAMES PROPERTIES, INC. and
ICER OF CAMPBELLTON, LLC,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-CV-3794-MHC

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Sep 11 2024
KEVIN P. WEIMER, Clerk
By: Ciarra Steede
Deputy Clerk

### ORDER

On August 27, 2024, this Court ordered Defendants R. James Properties, Inc. and ICER of Campbellton, LLC ("ICER") to show cause why this case should not be remanded to the State Court of DeKalb County, Georgia, for lack of subject matter jurisdiction. Aug. 27, 2024, Order [Doc. 5] at 1. The Court noted that it was not facially apparent from the Amended Complaint [Doc. 3] that the amount in controversy exceeded the jurisdictional minimum. Id. at 3. The Court further noted that ICER failed to sufficiently allege diversity of citizenship. Id. at 5.

In its response to the Show Cause Order, ICER represents that it is unable to demonstrate that the parties are completely diverse and consents to this Court

4

remanding this case to the State Court of DeKalb County. Def.'s Notice of Consent for Remand to State Court [Doc. 8].

Accordingly, it is hereby **ORDERED** that this action be **REMANDED** to the State Court of DeKalb County, Georgia, pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS SO ORDERED** this 11th day of September, 2024.

_____
MARK H. COHEN
United States District Judge

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:24−cv−03794−MHC

| | |
|---|---|
| Davis v. R. James Properties, Inc. et al | Date Filed: 08/26/2024 |
| Assigned to: Judge Mark H. Cohen | Date Terminated: 09/11/2024 |
| Case in other court: State Court of Dekalb County, 24A00890 | Jury Demand: Both |
| Cause: 28:1446 Petition for Removal− Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Anthony Davis**     represented by     **David Dorer**
Dozier Law Firm, LLC
487 Cherry Street
P.O. Box 13
Macon, GA 31201
478−742−8441
Email: dorerlawteam@dozierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**R. James Properties, Inc.**     represented by     **Gracy M. Barksdale**
Gary Barksdale, Attorney at Law
P.O. Box 311856
Atlanta, GA 31131
404−349−7769
Fax: 404−349−7615
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Icer of Campbellton, LLC**     represented by     **Barbara Anne Marschalk**
Drew Eckl & Farnham, LLP − ATL
Suite 3500
303 Peachtree Street NE
Atlanta, GA 30308
404−885−1400
Fax: 404−876−0992
Email: marschalkb@deflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Joel Poole , I**
Drew Eckl & Farnham LLP
303 Peachtree Street NE

Ste 3500
Atlanta, GA 30308
404–885–6466
Fax: 404–876–0992
Email: poolec@deflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gracy M. Barksdale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/26/2024 | 1 | | NOTICE OF REMOVAL with COMPLAINT. (Filing fee $ 405 receipt number AGANDC–13678579) filed by Icer of Campbellton, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(djs) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Additional attachment(s) added on 8/27/2024: # 5 Exhibit C) (djs). (Entered: 08/27/2024) |
| 08/26/2024 | 2 | | ANSWER to 1 NOTICE OF REMOVAL with Jury Demand by R. James Properties, Inc.. Discovery ends on 1/23/2025. (Originally Filed in State Court of DeKalb County on 6/23/2024)(djs) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/27/2024) |
| 08/26/2024 | 3 | | AMENDED COMPLAINT against Icer of Campbellton, LLC, R. James Properties, Inc.with Jury Demand filed by Anthony Davis.(djs) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 08/27/2024) |
| 08/26/2024 | 4 | | ANSWER to 3 Amended Complaint by Icer of Campbellton, LLC, R. James Properties, Inc. (Originally Filed in State Court of DeKalb on 8/23/2024)(djs) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/27/2024) |
| 08/27/2024 | 5 | | ORDER TO SHOW CAUSE. It is hereby ORDERED that Defendants R. James Properties, Inc., and ICER of Campbellton, LLC, SHOW CAUSE IN WRITING, within fourteen (14) days of the date of this Order, why this case should not be remanded to the State Court of DeKalb County, Georgia, for lack of subject matter jurisdiction. Signed by Judge Mark H. Cohen on 8/27/2024. (dgr) (Entered: 08/27/2024) |
| 08/29/2024 | 6 | | STANDING ORDER Regarding Civil Litigation. Signed by Judge Mark H. Cohen on 8/29/2024. (lme) (Entered: 08/29/2024) |
| 09/03/2024 | 7 | | *Defenses and Answer of Icer of Campbellton, LLC* ANSWER to 1 NOTICE OF REMOVAL with Jury Demand by Icer of Campbellton, LLC.(Poole, Cameron) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial |

| | | | |
|---|---|---|---|
| | | | Instructions. Modified to remove all caps text on 9/4/2024 (ces). (Entered: 09/03/2024) |
| 09/10/2024 | 8 | | RESPONSE TO ORDER TO SHOW CAUSE re: 5 Order to Show Cause, filed by Icer of Campbellton, LLC. (Poole, Cameron) (Entered: 09/10/2024) |
| 09/11/2024 | 9 | | ORDER: It is hereby ORDERED that this action be REMANDED to the State Court of DeKalb County, Georgia, pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction. Signed by Judge Mark H. Cohen on 9/11/24. (ces) (Entered: 09/11/2024) |
| 09/11/2024 | | | Clerk's Certificate of Mailing to Attorney Gracy M. Barksdale re 9 Order. (ces) (Entered: 09/11/2024) |
| 09/11/2024 | | | Civil Case Terminated. (ces) (Entered: 09/11/2024) |